IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
ABILENE DIVISION

| | |
|---|---|
| KAREN LORRAINE STAHL, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | |
| ) | |
| NANCY A. BERRYHILL, Acting ) | |
| Commissioner of Social Security, ) | |
| ) | |
| Defendant. ) | Civil Action No. 1:16-CV-173-C |

## **ORDER**

Plaintiff appealed an adverse decision of Defendant, Nancy A. Berryhill, Acting Commissioner of Social Security, pursuant to 42 U.S.C. § 405(g). The United States Magistrate Judge entered a Report and Recommendation on March 2, 2018.

The Report and Recommendation recommends that the Court affirm the final decision of the Commissioner. Plaintiff failed to timely file any objections to the Report and Recommendation. After reviewing the thorough, cogent, and well-reasoned Report and Recommendation, the Court is of the opinion that the Report and Recommendation should be adopted as the findings and conclusions of the Court.

It is, therefore, ORDERED that the findings and conclusions in the Report and Recommendation are hereby ADOPTED by the Court.

The Commissioner's decision is **AFFIRMED** and the above-styled and -numbered civil action is **DISMISSED**.

Dated this 21st day of March, 2018.

SAM R. CUMMINGS
SENIOR UNITED STATES DISTRICT JUDGE